

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/17/2024
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 16, 2024

**By ECF**
Hon. Barbara C. Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

# MEMO ENDORSED

Re:   *Tillman v. McDonough,* 23 CV 10421 (AS) (BCM)

Dear Judge Moses:

This Office represents Denis R. McDonough, Secretary, United States Department of Veterans Affairs (the "VA"), in this employment discrimination action brought by pro se plaintiff Inez Tillman. This matter has been assigned to Your Honor for a settlement conference.

On consent, we write respectfully to request an adjournment of the settlement conference currently scheduled for May 23, 2024. The request is being made because the undersigned unexpectedly will need to be out of the office attending to a non-work matter. The parties respectfully request that the settlement conference be rescheduled to June 17, June 18, or June 20, dates which the Court is available.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
  *Attorney for Defendant*

By:  /s/ *Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
Telephone: (212) 637-2693
Email: brandon.cowart@usdoj.gov

> Application GRANTED. The settlement conference previously scheduled for May 23, 2024 will take place on **June 17, 2024 at 2:15 p.m.** The parties' confidential settlement letters (*see* Dkt. 17 ¶ 3) are now due by June 10, 2024.
>
> *[signature]*
> _____
> Barbara Moses
> United States Magistrate Judge
> May 17, 2024

cc:   By ECF
      All Parties