UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INEZ TILLMAN,

        Plaintiff,

-against-

DENIS R. MCDONOUGH,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/6/2024__
```

23-CV-10421 (AS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential settlement letters, submitted in advance of the settlement conference scheduled for August 7, 2024, which reveal that the defendant has not made, and is not prepared to make, any settlement offer to plaintiff.

    Consequently, as the parties have already been advised by chambers staff, the settlement conference scheduled for August 7, 2024 is ADJOURNED *sine die*. The parties are reminded that my Settlement Conference Scheduling order, dated April 18, 2024, required that, "after receipt of this Order," the parties conduct "at least one good-faith settlement discussion, in person or by telephone," and that "*each* party convey to *each* opposing party at least one good-faith settlement demand or offer." *See* Sett. Conf. Sched. Order (Dkt. 17) ¶ 2.

    If and when the parties agree that they are ready to make productive use of a judicially-supervised settlement conference, they shall (a) file a joint letter on ECF so stating, and (b) contact Courtroom Deputy Tamika Kay at (212) 805-4880 to schedule the conference.

Dated: New York, New York
       August 6, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**