UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Inez Tillman,<br><br>                              Plaintiff,<br><br>         -against-<br><br>Denis R. McDonough,<br><br>                              Defendant. | 23-CV-10421 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff requested a remote conference with the Court to discuss the status of the case given that no settlement conference would be happening. Dkt. 26. Subsequent communications to the Court indicate that discovery proceeded and was completed. Most recently, defendant requested an extension of the deadline to file a motion for summary judgment. Dkt. 32. Plaintiff has indicated that she will be responding to this request.

      The parties are ordered to appear for a remote status conference on **November 7, 2024 at 1:00 PM**. They should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **566 399 29**, followed by the pound (#) sign.

      The Court is not yet in receipt of plaintiff's response to defendant's request for an extension. However, given that the deadline is currently October 31, 2024, the Court extends the deadline until **November 22, 2024**. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 32.

      SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                   United States District Judge