UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Inez Tillman,<br><br>                      Plaintiff,<br><br>       -against-<br><br>Denis R. McDonough,<br><br>                      Defendant. | 23-CV-10421 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated at the remote status conference held on November 7, 2024, defendant should inform the Court by **November 15, 2024** whether he intends to move for summary judgment.

      In addition, if plaintiff wishes to seek the assistance of pro bono counsel during trial, she should make an application to the Court on or before **November 15, 2024**. Her application (which can be in the form of a letter) should speak to the two findings the Court would be required to make in order to request pro bono counsel: first, that plaintiff is an indigent party, and second, that plaintiff's claim "seems likely to be of substance." *Hodge v. Police Officers*, 802 F.2d 58, 61 (2d Cir. 1986); *see also Cooper v. A. Sargenti Co.*, 877 F.2d 170 (2d Cir. 1989).

      SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                            United States District Judge