

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 4, 2024

**By ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Tillman v. McDonough,* 23 CV 10421 (AS)

Dear Judge Subramanian:

      This Office represents Denis R. McDonough, Secretary, United States Department of Veterans Affairs (the "Government"), in this employment discrimination action brought by pro se plaintiff Inez Tillman, a former VA substance abuse counselor. I write respectfully to request a three-day extension of the deadline to file the Government's motion for summary judgment, from Friday, December 6, to Wednesday, December 11, 2024. The request is being made because the undersigned became ill on Sunday this week and just returned to work today, December 4, 2024, and needs additional time to prepare the Government's papers. This is the Government's second request for an extension of the deadline. The first request was granted by order dated November 15, 2024. *See* Dkt. No. 38. I was unable to reach Plaintiff to request her consent to the granting of this request.

GRANTED. Plaintiff's opposition brief will be due January 13, 2025, and defendants' reply due on January 27, 2025. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 40 and 41.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 5, 2024

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ *Brandon Cowart*
      BRANDON H. COWART
      Assistant United States Attorney
      Telephone: (212) 637-2693
      Email: brandon.cowart@usdoj.gov

      cc:    Inez Tillman (by FedEx)
              *Plaintiff (pro se)*