

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 11, 2024

**By ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Tillman v. McDonough,* 23 CV 10421 (AS)

Dear Judge Subramanian:

      This Office represents Denis R. McDonough, Secretary, United States Department of Veterans Affairs (the "Government"), in this employment discrimination action brought by pro se plaintiff Inez Tillman, a former VA substance abuse counselor. I write respectfully to request a <u>two-day extension of the deadline to file the Government's motion for summary judgment, from Wednesday, December 11, to Friday, December 13, 2024</u>. The request is being made because the undersigned has been dealing this week with an unexpected family-related issue, which has, among other things, prevented counsel from being in the office. I apologize for the lateness of this this request and regret any inconvenience this causes the Court or Ms. Tillman. This is the Government's third request for an extension of the deadline. The first request was granted by order dated November 15, 2024; the second by order dated December 5, 2024. *See* Dkt. Nos. 38, 42. I was able to confer with Ms. Tillman this evening, and she consents to the granting of this relief.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ *Brandon Cowart*
      BRANDON H. COWART
      Assistant United States Attorney
      Telephone: (212) 637-2693
      Email: brandon.cowart@usdoj.gov

GRANTED, with best wishes to counsel's family. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 12, 2024

      cc:    Inez Tillman (by email)
              *Plaintiff (pro se)*