UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Inez Tillman,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Denis R. McDonough,<br><br>　　　　　　　　Defendant. | 23-CV-10421 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Defendant moved for a *nunc pro tunc* two-day extension of the deadline to file his motion for summary judgment, citing defense counsel's personal and family concerns. Dkt. 52. Pro se plaintiff Tillman opposes this extension and requests, if the Court grants the extension, a remote conference to address scheduling and deadlines for her response, as well as her outstanding Requests for Admission. Dkt. 53.

　　Defendant's motion is GRANTED. To reduce the impact on plaintiff, the deadline for plaintiff to file her opposition brief is also extended, from January 13, 2025 to **January 20, 2025**. Defendant's deadline to reply is also extended, to **February 3, 2025**. As to the Requests for Admission, which plaintiff says she sent on September 27, 2024, defendant should file a status letter with the Court by **December 20, 2024 at 5:00 PM** explaining his position. The Court notes that the deadline for discovery was September 14, 2024. The Court granted leave to conduct plaintiff's deposition on dates after the September 14 deadline, but did not extend the deadline for all discovery.

　　The Clerk of Court is respectfully directed to terminate the motion at Dkt. 52.

　　SO ORDERED.

Dated: December 17, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge