

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 27, 2025

**By ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Tillman v. Collins,* 23 CV 10421 (AS)

Dear Judge Subramanian:

    This Office represents Douglas A. Collins, Secretary, United States Department of Veterans Affairs (the "VA" or the "Government"), in this employment discrimination action brought by pro se plaintiff Inez Tillman, a former VA substance abuse counselor.

    The Court has directed the parties to confer and identify proposed, mutually agreeable dates for a two-day bench trial within the next six months. Dkt. No. 76. On May 13, the Court directed the parties to exchange lists of potential witnesses they may call to testify to facilitate identification of suitable trial dates. Dkt. No. 80. The Government provided its witness list to Ms. Tillman on May 23. Ms. Tillman provided her list to the Government yesterday, and thus we have not had sufficient time to confer with the potential witnesses concerning availability. We also continue to consult with the VA to determine whether we may be able to propose a consensual resolution of this matter. Accordingly, we write respectfully to <u>request a two-week extension of the deadline, to June 10, to make these determinations and provide the requested information.</u> This is the Government's second request for an extension of this deadline; the Court granted the first request. Dkt. No. 80. Ms. Tillman consents to the granting of this relief.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
Telephone: (212) 637-2693
Email: brandon.cowart@usdoj.gov

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 81.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 28, 2025

cc:  Inez Tillman (by ECF)

2