

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 10, 2025

**By ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:   *Tillman v. Collins,* 23 CV 10421 (AS)

Dear Judge Subramanian:

     This Office represents Douglas A. Collins, Secretary, United States Department of Veterans Affairs (the "VA" or the "Government"), in this employment discrimination action brought by pro se plaintiff Inez Tillman, a former VA substance abuse counselor. On behalf of Ms. Tillman and the Government, we write to provide the Court with a status update.

     The Court has directed the parties to confer and, by June 10, identify proposed, mutually agreeable dates for a two-day bench trial within the next six months. Dkt. No. 82. While conferring, the parties have continued to engage in constructive settlement discussions and now believe that a consensual resolution may be reached in the next two weeks. Accordingly, the parties respectfully request a two-week extension of the deadline to provide the requested trial scheduling information, until June 24, so that the parties may continue these discussions.

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 85.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: June 12, 2025

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ *Brandon Cowart*
       BRANDON H. COWART
       Assistant United States Attorney
       Telephone: (212) 637-2693
       Email: brandon.cowart@usdoj.gov

     cc:    Inez Tillman (by ECF)